Elizabeth OVERBROOK,[1] Respondent Below–Appellant,

v.

Charles OVERBROOK, Petitioner Below–Appellee.

No. 349, 2017

Supreme Court of Delaware.

Submitted: December 22, 2017

Decided: January 8, 2018

Court Below—Family Court of the State of Delaware, File No. CN15–01519, Petition No. 15–27574

DISMISSED.

Jefferey MEDKEFF, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 181, 2017

Supreme Court of Delaware.

Submitted: October 23, 2017

Decided: January 9, 2018

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1608005993 (N)

GRANTED. AFFIRMED.

Deon HIGGIN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 341, 2017

Supreme Court of Delaware.

Submitted: December 19, 2017

Decided: January 9, 2018

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1512000326 (N)

AFFIRMED.